Tricia B. O'Reilly
Douglas E. Arpert
Mariel L. Belanger
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel: (973) 757-1100
Fax: (973) 757-1090
toreilly@walsh.law
darpert@walsh.law
mbelanger@walsh.law


Jeffrey A. N. Kopczynski
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (213) 430-6407
jkopczynski@omm.com

Shannon M. Barrett (*pro hac vice*)
Brian D. Boyle (*pro hac vice*)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
sbarrett@omm.com
bboyle@omm.com
derice@omm.com

*Counsel for Defendants Empower Advisory Group, LLC; Empower Retirement, LLC; Empower Financial Services, Inc.; and Empower Annuity Insurance Company of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAKIRA WILLIAMS-LINZEY, JENNIFER PATTON, and KATHLEEN MCFARLAND, individually and as representatives of a class of similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EMPOWER ADVISORY GROUP, LLC; EMPOWER RETIREMENT, LLC; EMPOWER FINANCIAL SERVICES, INC.; and EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Civil Action No.  3:25-cv-14660 (RK) (TJB)<br><br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br><br><br>*Oral Argument Requested* |

**PLEASE TAKE NOTICE** that on July 6, 2026, or at such time designated by the Court, Defendants Empower Advisory Group LLC, Empower Retirement, LLC, Empower Financial Services, Inc., and Empower Annuity Insurance Company of America (collectively, "Defendants"), through their undersigned counsel, will move the Court for an order granting Defendants' motion to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Defendants rely upon the accompanying Memorandum of Law and any further reply submissions.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: April 21, 2026                              WALSH PIZZI O'REILLY FALANGA LLP

                                                   s/Tricia B. O'Reilly
                                                   Tricia B. O'Reilly
                                                   Douglas E. Arpert
                                                   Mariel L. Belanger
                                                   Three Gateway Center
                                                   100 Mulberry Street, 15th Floor
                                                   Newark, NJ 07102
                                                   Tel: (973) 757-1100
                                                   Fax: (973) 757-1090
                                                   toreilly@walsh.law
                                                   darpert@walsh.law
                                                   mbelanger@walsh.law

Jeffrey A. N. Kopczynski
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (213) 430-6407
jkopczynski@omm.com

Shannon M. Barrett (*pro hac vice*)
Brian D. Boyle (*pro hac vice*)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
sbarrett@omm.com
bboyle@omm.com
derice@omm.com

*Counsel for Defendants Empower Advisory Group, LLC; Empower Retirement, LLC; Empower Financial Services, Inc.; and Empower Annuity Insurance Company of America*

3