August 11, 2026

***VIA ECF***

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

**Re: *Williams-Linzey v. Empower Advisory Group, LLC et al.*,**
**No. 3:25-cv-14660**

Dear Judge Bongiovanni:

We write on behalf of the parties in *Williams-Linzey v. Empower Advisory Group* (3:25-cv-14660-RK-TJB) and in accordance with your request at our July 21 conference to update you on the status of discovery negotiations by August 11. The parties have met-and-conferred and exchanged emails regarding the scope of discovery since that hearing and the negotiations continue. Plaintiffs provided a proposal on July 30, and Defendants followed up last week with questions about that proposal. The parties will provide an agreement to the Court on these matters by August 28 or advise the Court with their positions. The parties have also reached agreement on the final outstanding issues as-to the ESI Stipulation and Confidentiality Order and will be filing both documents with Your Honor this week.

Respectfully submitted,

/s/ Chen Kasher
Chen Kasher, Bar No. 044882011
Jerome J. Schlichter (*pro hac vice*)
Andrew D. Schlichter (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
Patrick R. Kutz (*pro hac vice*)
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
Saint Louis, Missouri 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
ckasher@uselaws.com
jschlichter@uselaws.com
aschlichter@uselaws.com
jrohlf@uselaws.com
pkutz@uselaws.com

Ruben R. Chapa (admitted *pro hac vice*)
SCHLICHTER BOGARD LLC
33 North Dearborn, Ste. 1170
Chicago, IL 60602
Phone: (630) 919-9301
Fax: (314) 621-5934
rchapa@uselaws.com

*Attorney for Plaintiffs*

/s/ Tricia B. O'Reilly
Tricia B. O'Reilly
WALSH PIZZI O'REILLY
FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Telephone : 973.757.1100
Facsimile: 975.757.1090
toreilly@walsh.law

Jeffrey A. N. Kopczynski
(Bar No. 028372007)
O'MELVENY & MYERS LLP
1301 Ave of the Americas, Ste 1700
New York, NY 10019
Tel: (212) 326-2000
jkopczynski@omm.com

Shannon M. Barrett (pro hac vice)
Brian D. Boyle (pro hac vice)
Deanna M. Rice (pro hac vice)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Tel: (202) 383-5300
sbarrett@omm.com
bboyle@omm.com
derice@omm.com

*Counsel for Defendants Empower Advisory Group, LLC; Empower Retirement, LLC; Empower Financial Services, Inc.; and Empower Annuity Insurance Company of America*