Tricia B. O'Reilly
WALSH PIZZI O'REILLY LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendants Empower Advisory Group, LLC, Empower Retirement, LLC, Empower Financial Services, Inc., and Empower Annuity Insurance Company of America.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHAKIRA WILLIAMS-LINZEY, JENNIFER PATTON, and KATHLEEN MCFARLAND, individually and as representatives of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EMPOWER ADVISORY GROUP, LLC; EMPOWER RETIREMENT, LLC; EMPOWER FINANCIAL SERVICES, INC.; and EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Civil Action No. 3:25-cv-14660 (RK/TJB)<br><br>**NOTICE OF LAW FIRM NAME CHANGE**<br><br>*Electronically Filed* |

To: Melissa E. Rhoads, Clerk
United States District Court for the District of New Jersey
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that effective October 30, 2026, the law firm of Walsh Pizzi O'Reilly Falanga LLP changed its name to Walsh Pizzi O'Reilly LLP.

**PLEASE TAKE FURTHER NOTICE** that the firm's address, telephone number, and email addresses remain unchanged, and the same attorneys continue to represent Empower

Advisory Group, LLC, Empower Retirement, LLC, Empower Financial Services, Inc., and Empower Annuity Insurance Company of America in this action. No substitution of counsel is required.

The Clerk is respectfully requested to update the docket accordingly.

WALSH PIZZI O'REILLY LLP

Dated: November 12, 2026

By: *s/Tricia B. O'Reilly*
Tricia B. O'Reilly